■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZULMA DELGADO, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BOLLING, Appellant. [932 NYS2d 758]—

It is hereby ordered that the sentence so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY WYNTERS, Also Known as JOHN DOE, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Fahey, Peradotto, Green and Gorski, JJ.